[Nos. 19286–8–I; 20171–9–I.   Division One.   May 16, 1988.]

HERMAN PELLEBOER, ET AL, *Respondents,* v. CARNATION
COMPANY, *Appellant,* BONNERS FERRY POST
COMPANY, *Respondent.*

Appeals from judgments of the Superior Court for Whatcom County, No. 85–2–00477–5, Marshall Forrest, J., entered September 10, 1986 and March 13, 1987. *Affirmed*

by unpublished opinion per Grosse, J., concurred in by Williams, J., and Revelle, J. Pro Tem.